IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CESAR VIANNEY GARCIA-GONZALEZ,    §
§
Petitioner,    §
§
v.    §    1:26-CV-1656-RP
§
TODD BLANCHE, *Acting United States*    §
*Attorney*, et al.    §
§
Respondents.    §

## ORDER

Before the Court is Petitioner Cesar Vianney Garcia-Gonzalez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). On July 1, 2026, pursuant to 28 U.S.C. § 2243, the Court ordered Respondents to show cause why Petitioner's writ should not be granted. (Order, Dkt. 3). Respondents responded on July 2, 2026, (Dkt. 4). On July 9, 2026, the Court entered an Order, (Dkt. 6), relying upon the Fifth Circuit's recent opinion in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), which has since been vacated by the Fifth Circuit in its order granting a petition for rehearing *en banc. See Sosnava Rodriguez v. Ortega*, No. 26-50183, Dkts. 174, 176 (5th Cir. July 10, 2026). The Court will therefore vacate its Order, (Dkt. 6). No further briefing from the parties is necessary.

Accordingly, **IT IS ORDERED** that the Court's Order filed on July 9, 2026, (Dkt. 6), which ordered Respondents to file a status report on or before September 7, 2026, is **VACATED**.

**SIGNED** on July 14, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1